UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
BINGHAMTON DIVISION

| | | |
|---|---|---|
| LARRY BOSKET | ) | Case No. 3:11-cv-00678-LEK -DEP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF ACCEPTANCE OF** |
| | ) | **OFFER OF JUDGMENT** |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOW COMES PLAINTIFF, by and through his attorney, Dennis R. Kurz, pursuant to Federal Rule of Civil Procedure 68 and hereby accepts Defendant NCO Financial Systems, Inc.'s offer of judgment, which is attached hereto as Exhibit A.

This 15th day of August, 2011.

ATTORNEYS FOR PLAINTIFF
*Larry Bosket*

Respectfully submitted,

s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
300 International Drive, Suite 100
Williamsville
 Buffalo, NY 14221
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 15th day of August, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 15th day of August, 2011 to:

Michael Del Valle, Esq.
Sessions, Fishman, Nathan & Israel of New York, LLC
Muir Drive, Suite 106
Amherst NY 14228

s/Tremain Davis
Tremain Davis