# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LARRY BOSKET**

      vs.                      **CASE NUMBER: 3:11-CV-678 (LEK/DEP)**

**NCO FINANCIAL SYSTEMS, INC.**

**Decision by Court.**  A telephone conference was held in this action on 9/9/11 before Magistrate Judge David E. Peebles. Upon consent of the parties, the Offer of Judgment filed in this case on 8/15/11 by defendant NCO Financial Systems, Inc., *see* Dkt. No. 8-1, is accepted by plaintiff Larry Bosket. Judgment is therefore entered in favor of plaintiff Larry Bosket and against defendant NCO Financial Systems, Inc. ("NCO") as detailed below.

IT IS ORDERED AND ADJUDGED that:

1. Judgment is entered against NCO for damages in the total amount of $1,500.00 for damages incurred by plaintiff as a result of NCO's alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, together with plaintiff's reasonable costs and attorneys' fees accrued through the date of service of the Offer of Judgment, in an amount to be determined by the court.

DATED: September 12, 2011

*Laurence K. Baerman*
Clerk of Court

s/ *Shelly Muller*
Shelly Muller
Deputy Clerk