**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY BOSKET, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>NCO FINANCIAL SYSTEMS, INC. )<br>)<br>  Defendant. ) | Case No. 3:11-cv-00678-LEK-DEP |

## NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff, Larry Bosket ("Plaintiff"), by and through his attorneys, Weisberg & Meyers, LLC, hereby submits his Motion for Attorneys' Fees and Costs. In support thereof, Plaintiff submits the attached memorandum of law and supporting exhibits. Counsel for the parties have appeared before the Honorable Magistrate Judge Peebles in three separate conferences – on August 19, 2011; August 26, 2011; and on September 9, 2011 – in effort to settle the issue of attorney's fees and costs, but were unable to come to an agreement.

Please take notice that the return date for Plaintiff's Motion for Attorney's Fees and Costs is scheduled for November 4, 2011 before the Honorable Judge Lawrence E. Kahn at 9:30 AM in Albany, NY.

Respectfully submitted this 26th day of September, 2011.

        s/Dennis R. Kurz
        Dennis R. Kurz
        NY Bar No. 4570453
        Weisberg & Meyers, LLC
        Attorneys for Plaintiff
        300 International Drive, Suite 100
        Williamsville
         Buffalo, NY 14221
        (888) 595-9111 ext. 412

1

(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

John C. Person
Sessions, Fishman Law Firm
3850 North Causeway Blvd.
Suite 200
Metairie, LA 70002-7227
jperson@sessions-law.biz
*Pro Hac Vice*

Michael Del Valle
Sessions, Fishman Law Firm
130 John Muir Drive
Suite 106
Amherst, NY 14228
mdelvalle@sessions-law.biz

Respectfully submitted,

s/Dennis Kurz
Dennis Kurz