# EXHIBIT "L"

EXHIBIT "L"

*Weisberg & Meyers, LLC*

## All Time for Selected File:

### Bosket, Larry v. NCO Financial Systems, Inc.

Client ID: Bosket, Larry
Matter ID: D110325C2(NY-NY)

| Date | Timekeeper | Task / Activity Code & Description | Time (hours) |
|---|---|---|---|
| Sep 9, 2011 | Dennis Kurz | Confer with OC and participate in settlement conference; note to file re: plaintiff to submit his fee affidavit and other supporting material. | 0.30 |
| Sep 2, 2011 | Jessica DeCandia | Spoke with client re case status, sent email to Dennis to advise. | 0.10 |
| Sep 2, 2011 | Jessica DeCandia | Called client per Dennis, left message and advised him re status of settlement papers. | 0.10 |
| Sep 2, 2011 | Dennis Kurz | Provided status of file to client after review of file and settlement history. | 0.20 |
| Aug 30, 2011 | Dennis Kurz | Confer with client re: details of settlement and turnaround time; attorney fee issue still pending. | 0.20 |
| Aug 28, 2011 | Dennis Kurz | Receive and respond to OC email re offer of judgment and possible resolution of attorneys fees. | 0.10 |
| Aug 26, 2011 | Jessica DeCandia | Returned voice mail for Dennis to client, spoke with client re settlement process and proceeds received. | 0.20 |
| Aug 26, 2011 | Tremain Davis | Diary Minute Order Setting Telephonic Conference. | 0.10 |
| Aug 26, 2011 | Dennis Kurz | Participate in Rule 16 Conference with Court; discussion of procedural history and balance of issues with respect to attorneys fees and costs; extended discussion due to what is perceived as stalemate on settlement with respect to attorney fee issue and intention to litigate same; Judge to set a third conference on this | 0.40 |

issue in two weeks, text order to follow.

| Date | Name | Description | Hours |
|---|---|---|---|
| Aug 25, 2011 | Jessica DeCandia | Called client for Dennis to advise he is in court and to call me tomorrow to patch him through to discuss settlement. | 0.10 |
| Aug 19, 2011 | Dennis Kurz | Participate in Scheduling Conference with Judge Peebles; OJ has been accepted, discussion of attorneys fees and costs, court to reconvene in one week to see if settlement has been reached. | 0.30 |
| Aug 19, 2011 | Dennis Kurz | Draft response to OC's written attorney fee offer after review of file. | 0.20 |
| Aug 17, 2011 | Marshall Meyers | Received and reviewed order granting Motion for Limited Admission Pro Hac Vice of John C. Person, Esq. | 0.10 |
| Aug 17, 2011 | Jessica DeCandia | Add new attorney to amicus file. | 0.10 |
| Aug 17, 2011 | Dennis Kurz | Confer with Marshall and respond to OC re attorney fee demand. | 0.20 |
| Aug 16, 2011 | Tremain Davis | Calendared Telephonic Conference with Judge Peebles per clerk. | 0.10 |
| Aug 16, 2011 | Dennis Kurz | Receive and diary to respond to OC email re: request for attorney fee demand. | 0.10 |
| Aug 15, 2011 | Tremain Davis | File Acceptance of Offer of Judgment. | 0.20 |
| Aug 15, 2011 | Dennis Kurz | Phone call and email to client re: call me to discuss pending offer of judgment. | 0.10 |
| Aug 15, 2011 | Dennis Kurz | Review and approve acceptance of offer of judgment; confer with paralegal re: service and filing. | 0.20 |
| Aug 12, 2011 | Dennis Kurz | Phone call and email to client - please call to discuss the resolution of your account. | 0.10 |

| Date | Person | Description | Hours |
|---|---|---|---|
| Aug 11, 2011 | Dennis Kurz | Participate in Rule 26 conference; re discussion of merits and settlement; counsel to finalize JCMP in coming weeks. | 0.30 |
| Aug 10, 2011 | Jessica DeCandia | Send completed Magistrate Consent to defense- added party to form, printed off for Dennis to sign. | 0.20 |
| Aug 10, 2011 | Tremain Davis | Received Defendant's Offer of Judgment, memo to file. | 0.20 |
| Aug 9, 2011 | Marshall Meyers | Reviewed and diaried scheduling order. | 0.10 |
| Aug 9, 2011 | Tremain Davis | Scheduled 26f conference between parties. | 0.20 |
| Aug 8, 2011 | Marshall Meyers | Status Review - review file, complaint answered and rule 16 conference scheduled , case is on track. | 0.10 |
| Aug 8, 2011 | Tremain Davis | Diaried events pursuant to scheduling order. | 0.30 |
| Aug 5, 2011 | Tremain Davis | Sent request to defense to schedule 26f conference. | 0.20 |
| Aug 2, 2011 | Dennis Kurz | Received Answer - compare against allegations in complaint, highlight relevant portions thereof; memo to file for Initial Disclosure and discovery. | 0.40 |
| Aug 1, 2011 | Dennis Kurz | Phone conference with OC; wishes to settle rather than litigate; disputes liability; diary to submit updated demand and update file per protocol. | 0.20 |
| Aug 1, 2011 | Dennis Kurz | Submit current demand to OC; update file per protocol. | 0.10 |
| Jul 20, 2011 | Jessica DeCandia | Saved filed affidavit of service. | waived |
| Jul 20, 2011 | Dennis Kurz | Receive email from client re possible settlement, reviewed file, called client to discuss. | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| Jul 8, 2011 | Dennis Kurz | Receive and respond to OC email re: matter still under investigation as they review the contents of produced voice mail; would prefer early resolution. | 0.10 |
| Jul 7, 2011 | Dennis Kurz | Receive and respond to OC email re: request copy of subject recordings; review file, verify content and provide same. | 0.10 |
| Jul 6, 2011 | Dennis Kurz | Respond to OC settlement offer; update file per protocol. | 0.10 |
| Jul 5, 2011 | Dennis Kurz | Receive and diary to respond to OC settlement offer and update file per protocol. | 0.10 |
| Jun 29, 2011 | Dennis Kurz | Receive and respond to client email re: remaining questions re: balance of claim; you will be contacted immediately when and if Defendant accepts our demand. | 0.10 |
| Jun 28, 2011 | Dennis Kurz | Receive and respond to OC email; requests that we not file suit pending negotiations. | 0.10 |
| Jun 23, 2011 | Jessica DeCandia | Review file, send out complaint for service. | 0.30 |
| Jun 21, 2011 | Marshall Meyers | Received email from defense re status of her investigation; explained suit is filed. | 0.10 |
| Jun 21, 2011 | Dennis Kurz | Email from client with updated contact; phone call to client to discuss settlement authority; left message and note to file. | 0.10 |
| Jun 21, 2011 | Dennis Kurz | Phone conference with client re: merits and settlement; obtain authority (.2); draft confirming email and update file per protocol (.1). | 0.30 |
| Jun 21, 2011 | Dennis Kurz | Respond to defense offer; update file per protocol. | 0.10 |
| Jun 20, 2011 | Dennis Kurz | Phone call and email to client re possible settlement. | 0.10 |
| Jun 17, 2011 | Dennis Kurz | Receive and diary to respond to OC settlement offer; update file per protocol. | 0.10 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Jun 16, 2011 | Tremain Davis | Review attorney assignment sheet; prepare draft of complaint; prepare letter to client with copy of complaint and explanation that Defendant sometimes refuses to engage in settlement until filed; call to corp commission to confirm/get registered agent for defendant; prepare summons; prepare service list; prepare for filing; to attorney for review. | 1.50 |
| Jun 16, 2011 | Dennis Kurz | Review status of file—case has not settled, time to file; review outline of interview; review all documents and records; call client to review facts, see if any new developments; review complaint as prepared by paralegal; memo to file for default if not timely answered | 1.00 |
| Jun 8, 2011 | Dennis Kurz | Receive and respond to OC email requesting that we do not file suit, an offer will be forthcoming shortly. | 0.10 |
| Jun 2, 2011 | Elizabeth Brown | prepare f/u with defense, per DK re do they wish to settle pre-litigation? notice given and we have no settlement yet; follow up with defense, remind date of notice and request consideration for prelitigation analysis so formal suit can be avoided; offer additional time to analyze file; memo to client file | 0.20 |
| May 24, 2011 | Alex Weisberg | Status communication to client - Apprise of current status, confirm status of evidence/facts; explain and forward most recent follow up with defense; memo to file. | 0.20 |
| May 17, 2011 | Dennis Kurz | Receive acknowledgment email from OC and update file (would prefer to settle prelit if possible). | 0.10 |
| May 11, 2011 | Marshall Meyers | Open File Partner - confirm status of collector via DB/Internet, review online postings re blogs and any notable recent suits; quick review local binding law for new developments; review enter client into database with all relevant information; prepare amicus precedent to track litigation progress and status; review and revise notice letter. | 0.90 |
| May 11, 2011 | Tremain Davis | Complete File Opening Process - received draft opening package from intake; review; forward to responsible attorney for final review and forward notice to defense with welcome to client. | 0.20 |

| Date | Person | Description | Hours |
|---|---|---|---|
| May 10, 2011 | Jeanette Soto | Open File Paralegal - brief meeting with attorney to discuss file; review factual summary and prepare notice letter to the defense; prepare letter to client confirming representation; prepare letter to client with guidelines and information to follow during case; review client file for documents to send to the defense, redact any privileged communications; review with partner; forward to R&O department. | 0.80 |
| Apr 15, 2011 | Craig Ehrlich | Conference with client after consult with DK and partner - evidence confirms actionable claim; review terms of representation and confirm attorney/client agreement; enter client to Amicus DB; prepare summary of facts and violations for file; memo to open Amicus litigation file. | 1.20 |
| Apr 14, 2011 | Natasha Stewart | Reviewed and transcribed voice mail messages; save to file | 1.20 |
| Apr 1, 2011 | Gloria Ramirez | Reviewed pnc file, follow up for documents required, send email requesting response to prior communication; speak with pnc re documents required; receive email confirmed pnc wishes to move forward with case, receive documents from pnc, saved to shared drive, uploaded to pnc database, memo to file. | 0.70 |
| Mar 24, 2011 | Craig Ehrlich | Called PNC to discuss attorney-client agreement | 0.10 |
| Mar 21, 2011 | Craig Ehrlich | Spoke to PNC re potential case and attorney-client agreement. | 0.40 |
| Mar 18, 2011 | Glorida Ramirez | Reviewed pnc file, follow up for documents required, send email requesting response to prior communication; memo to file | 0.40 |
| Mar 17, 2011 | Natasha Stewart | Called and scheduled time to continue recording; Re-recorded saved voice mails left on PNC's phone; saved in the T drive, uploaded to the PNC database, listened for quality; memo to file. | 0.80 |
| Mar 16, 2011 | Natasha Stewart | Email correspondence with PNC re scheduling time to obtain voicemails; PNC called right back; re-recorded saved voice mails left on PNC's home phone system; created folder and saved in the T drive, uploaded to the PNC database, listened for quality; memo to file. | 1.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| Mar 16, 2011 | Craig Ehrlich | Evidence received - review evidence gathered by client and create factual summary; review with partner; memo to file to conference with PNC re evaluation. | 1.00 |
| Feb 28, 2011 | Gloria Ramirez | Received additional documents from pnc through case tracker, saved to the shared drive, uploaded to the PNC database; memo to file. | 0.10 |
| Feb 22, 2011 | Nick Skrdla | Spoke to PNC, advised we needed questionnaire and recordings, couldn't do recordings now, sent Natasha email to f/u for them, said would mail in documents. | 0.20 |
| Feb 10, 2011 | Nick Skrdla | Received documents from pnc by case tracker, saved to the shared drive, uploaded to the PNC database; memo to file. | 0.10 |
| Feb 3, 2011 | Alex Weisberg | Prepare initial PNC package after consult with DK - correspondence to pnc requesting records and notes; prepare specific evidentiary package based on facts known to date; next phase is evidence receiot and investigation; advise re-conference upon earlier of receipt of evidence or ten business days; memo to file. | 0.20 |
| Feb 3, 2011 | Alex Weisberg | Received initial inquiry re FDCPA violations - review, memo to file for appropriate further action. | 0.30 |