# EXHIBIT "N"

EXHIBIT "N"

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LARRY BOSKET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:11-cv-00678-LEK-DEP |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DENNIS KURZ

I, **DENNIS KURZ**, being first duly sworn on oath, state as follows:

1. I am an attorney with Weisberg & Meyers. I am one of Plaintiff's attorneys in this case and am familiar with its facts.

2. I have reviewed Plaintiff's Itemized Time Entries included in W&M's Statement of Services.

3. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's file.

4. Each of these time entries truly and accurately reflects the services I performed in this case.

5. Each time entry was entered contemporaneously to the task being completed into our computer database, Amicus Attorney.

6. The time I incurred on each time entry was reasonable and necessary.

7. I have reviewed my biographical section of Plaintiff's Fee Petition and it truly and accurately reflects my background and experience.

8. That I expended a total of 6.2 hours in this matter. My contemporaneously kept records reflecting our services in this litigation are attached to Plaintiff's Motion for Attorneys' Fees and Costs as Exhibit L.

9. The reasonable hourly rate for my services is $335.00 per hour.

10. The lodestar calculation of attorney's fees for my time expended is (6.2 hours x $335.00 per hour) $2,077.00.

11. I certify that the statements set forth in this declaration are true and correct.

Executed on: September 26, 2011.

By: s/ Dennis Kurz
**DENNIS KURZ**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY BOSKET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:11-cv-00678-LEK-DEP |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF MARSHALL MEYERS

I, **MARSHALL MEYERS**, being first duly sworn on oath, state as follows:

1. I am a founding and managing partner of Weisberg & Meyers, LLC. I have acted in this case as a non-New York consulting attorney only, in conjunction with and at the request of Plaintiff's attorney Dennis Kurz.

2. I have reviewed Plaintiff's Itemized Time Entries included in W&M's Statement of Services.

3. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's file.

4. Each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this case.

5. Each time entry was entered contemporaneously to the task being completed into our computer database, Amicus Attorney.

6. All of the time spent by the attorneys, paralegals, and legal assistants in this case was reasonable and necessary.

7. The time entries were recorded in the ordinary course of business at Weisberg & Meyers, LLC by entering each entry into a computer database, Amicus Attorney.

8. I have reviewed my biographical section of Plaintiff's Fee Petition and it truly and accurately reflects my background and experience.

9. I expended a total of 1.3 hours in this matter. My contemporaneously kept records reflecting our services in this litigation are attached to Plaintiff's Motion for Attorneys' Fees and Costs as Exhibit L.

10. The reasonable hourly rate for my services is $335.00 per hour.

11. The lodestar calculation of attorney's fees for my time expended is (1.3 hours x $335.00 per hour) $435.50.

12. These requested attorney fees and costs were reasonable and necessary to litigate this matter.

13. I certify that the statements set forth in this declaration are true and correct.

Executed on:  September 26, 2011.

By: s/ Marshall Meyers
**MARSHALL MEYERS**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY BOSKET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:11-cv-00678-LEK-DEP |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |

# **DECLARATION OF ALEX WEISBERG**

I, **ALEX WEISBERG**, being first duly sworn on oath, state as follows:

1. I am a founding partner of Weisberg & Meyers, LLC. I have acted in this case as a non-New York consulting attorney only, in conjunction with and at the request of Plaintiff's attorney Dennis Kurz.

2. I have reviewed Plaintiff's Itemized Time Entries included in W&M's Statement of Services.

3. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's file.

4. Each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this case.

5. Each time entry was entered contemporaneously to the task being completed into our computer database, Amicus Attorney.

6. All of the time spent by the attorneys, paralegals, and legal assistants in this case was reasonable and necessary.

7. The time entries were recorded in the ordinary course of business at Weisberg & Meyers, LLC by entering each entry into a computer database, Amicus Attorney.

8. I have reviewed my biographical section of Plaintiff's Fee Petition and it truly and accurately reflects my background and experience.

9. I expended a total of 0.7 hours in this matter.  My contemporaneously kept records reflecting our services in this litigation are attached to Plaintiff's Motion for Attorneys' Fees and Costs as Exhibit L.

10. The reasonable hourly rate for my services is $335.00 per hour.

11. The lodestar calculation of attorney's fees for my time expended is (0.7 hours x $335.00 per hour) $234.50.

12. These requested attorney fees and costs were reasonable and necessary to litigate this matter.

13. I certify that the statements set forth in this declaration are true and correct.

Executed on:  September 26, 2011.

By: s/ Alex Weisberg
**ALEX WEISBERG**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LARRY BOSKET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:11-cv-00678-LEK-DEP |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **DECLARATION OF CRAIG EHRLICH**

I, **CRAIG EHRLICH**, being first duly sworn on oath, state as follows:

1. I am an attorney with Weisberg & Meyers, and I worked on this case as a non-New York consulting attorney at the direction and under the guidance of Dennis Kurz.

2. I have reviewed Plaintiff's Itemized Time Entries included in W&M's Statement of Services.

3. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's file.

4. Each of these time entries truly and accurately reflects the services I performed in this case.

5. Each time entry was entered contemporaneously to the task being completed into our computer database, Amicus Attorney.

6. The time I incurred on each time entry was reasonable and necessary.

7. I have reviewed my biographical section of Plaintiff's Fee Petition and it truly and accurately reflects my background and experience.

8. That I expended a total of 2.7 hours in this matter. My contemporaneously kept records reflecting our services in this litigation are attached to Plaintiff's Motion for Attorneys' Fees and Costs as Exhibit L.

9. The reasonable hourly rate for my services is $335.00 per hour.

10. The lodestar calculation of attorney's fees for my time expended is (2.7 hours x $335.00 per hour) $904.50.

11. I certify that the statements set forth in this declaration are true and correct.

Executed on: September 26, 2011.

                                      By: s/ Craig Ehrlich
                                           **CRAIG EHRLICH**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LARRY BOSKET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:11-cv-00678-LEK-DEP |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## **DECLARATION OF JOE PANVINI**

I, **JOE PANVINI**, being first duly sworn on oath, state as follows:

1. I am an attorney with Weisberg & Meyers, and I worked on this case as a non-New York consulting attorney at the direction and under the guidance of Dennis Kurz.

2. My time spent working on this case consisted of the following on Monday September 26, 2011: Review procedural history and settlement history (.4); review local rules (.1); draft motion for attorney's fees (2.6); email correspondence with accounting re costs (.1); discuss fee bill with Marshall Meyers (.1); draft bill of costs and supporting documents (.3); calculate fee bill (.3); draft attorney declarations (.3); email correspondence with consumer law expert re declaration in support of fee request (.1); edit motion, exhibits (.5); discuss filing with Dennis Kurz (.1); finalize all exhibits and file fee petition (.2); note to file (.1).

3. The time I incurred in this case was reasonable and necessary.

4. I have reviewed my biographical section of Plaintiff's Fee Petition and it truly and accurately reflects my background and experience.

5. That I expended a total of 5.2 hours in this matter, as detailed above.

6. The reasonable hourly rate for my services is $175.00 per hour.

7. The lodestar calculation of attorney's fees for my time expended is (5.2 hours x $175.00 per hour) $910.00.

8. I certify that the statements set forth in this declaration are true and correct.

Executed on: September 26, 2011.

By: s/ Joe Panvini
**JOE PANVINI**