**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**BINGHAMTON DIVISION**

| | | |
|---|---|---|
| LARRY BOSKET | ) | Case No. 3:11-cv-00678-LEK-DEP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF SATISFACTION OF JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that judgment in this matter has been fully satisfied.

Respectfully submitted,

s/Dennis R. Kurz
Dennis R. Kurz, of counsel
NY Bar No. 4570453
Weisberg & Meyers, LLC
Attorneys for Plaintiff
300 International Drive, Suite 100
Williamsville
Buffalo, NY 14221
(888) 595-9111 ext. 412

## CERTIFICATE OF SERVICE

     I certify that on December 10, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of New York, Binghamton Division, using the electronic case filing system of the court. Notification was sent electronically via the court's electronic case filing system to counsel of record for Defendant, NCO Financial Systems, Inc. this 10th day of December, 2012 as follows: mdelvalle@sessions-law.bizv.

s/Lydia Bultemeyer
Lydia Bultemeyer
